IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

        Defendant.

## Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M. V. Wentz
  Secretary

      Plaintiff's motion to amend responses to motions for summary judgment, Documents #84 & 85 filed on July 21, 2005, are granted.

Dated:  July 25, 2005

Civil Action No. 02-cv-00490-RPM

Copies of the foregoing were mailed via U.S. Mail to the following on July 25, 2005:

Sedrick L. McKinney
#16356-018
Big Sandy USP
1197 Airport Road
Inez, Kentucky 41224

                                      GREGORY C. LANGHAM, CLERK

                                          s/Leslie A. Martin

                                  by_____
                                               Deputy