IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

       Plaintiff,

v.

(FNU) EGGLESTON, Lieutenant, and
(FNU) HANSEN, Officer,

       Defendants.
_____

ORDER FOR STATUS CONFERENCE
_____

       Motions for summary judgment by Defendants Ray Holt, N.R. Meadors, Paul Laird, D. Duncan, Thomas Quintana and R. Younglove have now been granted and they are dismissed from this civil action.  The Defendant Hansen was included in the answer filed April 8, 2003, but he did not move for summary judgment.  It appears that the claims against him are different from the other defendants because it has been alleged that he handcuffed the plaintiff to inmate Hill at the time of the assault on the plaintiff by Hill.  There is no indication that the defendant Eggleston was ever served in this case.  To determine what further proceedings are necessary in this case, it is now

       ORDERED that a status conference will be held on **May 4, 2006, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

       DATED: March 27th, 2006.

                                                  BY THE COURT:
                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge