IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

RAY HOLT, Warden,
N. R. MEADORS, Associate Warden,
PAUL LAIRD, Associate Warden,
D. DUNCAN, Captain,
R. YOUNGLOVE, Lieutenant,
(FNU) EGGLESTON, Lieutenant,
(FNU) QUINTANA, Officer, and
(FNU) HANSEN, Officer,

        Defendants.
_____

ORDER FOR CLARIFICATION OF REQUEST
_____

On May 24, 2006, plaintiff's counsel filed a request to amend the combined motion for reconsideration pursuant to Fed. R. Civ. P. 59(e) and 60(b) to include affidavits from Antonio Scott, Tyrone Redmond and Cornell Sanders at the request of the plaintiff.  It is not clear when those exhibits were provided to plaintiff's counsel and it is now

ORDERED that plaintiff's counsel will clarify the request to indicate the time when she obtained these affidavits from the plaintiff.

DATED: May 25th, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge