IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

RAY HOLT, Warden,
N. R. MEADORS, Associate Warden,
PAUL LAIRD, Associate Warden,
D. DUNCAN, Captain,
R. YOUNGLOVE, Lieutenant,
(FNU) EGGLESTON, Lieutenant,
(FNU) QUINTANA, Officer, and
(FNU) HANSEN, Officer,

        Defendants.
_____

ORDER FOR RESPONSE TO REQUEST TO AMEND PLAINTIFF'S COMBINED
MOTION FOR RECONSIDERATION
_____

        Pursuant to the Court's Order for Clarification of Request, entered on May 25, 2006, Plaintiff's counsel filed a Clarification of Request to Amend Plaintiff's Combined Motion for Reconsideration (Doc. #112).  It is now

        ORDERED that defendants' counsel will file a response to plaintiff's Request to Amend Plaintiff's Combined Motion for Reconsideration.

        DATED: May 31, 2006.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge