IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

PAUL LAIRD, Associate Warden,
LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.
_____

ORDER GRANTING MOTION FOR RECONSIDERATION AS TO DEFENDANT PAUL LAIRD
_____

        Upon consideration of the plaintiff's motion for reconsideration and subsequent pleadings and it appearing that if the statements made in the submitted affidavits of Antonio Scott, Tyrone Redmond and Cornell Sanders are true, there may be a basis for pursuing liability as to the defendant Paul Laird, it is therefore

        ORDERED that the motion for reconsideration is granted only as to the claim against defendant Paul Laird and it is

        FURTHER ORDERED that discovery will be reopened to permit the defendants to proceed to test the credibility of those affidavits.

        DATED: August 15, 2006.

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge

Re: Civil Action No. 02-cv-00490-RPM

      I certify that on August 15, 2006, I mailed, via United States Mail, a copy of the Order Granting Motion for Reconsideration as to Defendant Paul Laird to the following:

Sedrick L. McKinney
#16356-018
Big Sandy USP
1197 Airport Road
Inez, Kentucky 41224

                GREGORY C. LANGHAM, Clerk

                s/Leslie A. Martin

                By_____
                          Deputy