IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

PAUL LAIRD, Associate Warden,
LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on November 21, 2006, it is

ORDERED that this matter is set for trial to the Court for two to three days commencing on **Tuesday, April 3, 2007, at 9:00 a.m.,** in Courtroom C-202, the Byron Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

DATED: November 22nd , 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge