IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

PAUL LAIRD, Associate Warden,
LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.

_____

ORDER STRIKING NOTICE
_____

        On December 6, 2006, Sedrick Latroy McKinny filed, *pro se*, a document entitled Plaintiff's Notice to the Court and/or in the Alternative to Stay Final Pretrial Order.  Mr. McKinney is represented by counsel who attended a pretrial conference on November 21, 2006, and agreed to a pretrial order entered on that date.  In his filing, Mr. McKinney asserts that because the institution in which he is confined was in lock-down on November 14, 2006, consequently, he has been unable to communicate with his counsel.  Trial of this case is scheduled for April 3, 2007, and if it is necessary to seek some amendment to the pretrial order, there is ample time to do so after the plaintiff has the ability to communicate with his counsel.  *Pro se* filings are not recognized by parties who are represented by counsel.  It is

        ORDERED that the filing by Mr. McKinney is stricken.

        DATED: December 7th, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge

Re: Civil Action No. 02-cv-00490-RPM

  I certify that on December 7 2006, I mailed, via United States Mail, a copy of the Order Striking Notice to the following:

Sedrick L. McKinney
#16356-018
Big Sandy USP
1197 Airport Road
Inez, Kentucky 41224

             GREGORY C. LANGHAM, Clerk

             s/M.V. Wentz

             By_____
               Deputy