IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

On February 15, 2008, volunteer counsel for the plaintiff filed a motion for reconsideration under Fed.R.Civ.P. 60(b)(6) of this Court's order of March 27, 2006, dismissing defendants Duncan, Laird, Meadors, Holt, Younglove and Quintana, seeking reinstatement of the claims against original defendants David Duncan and N. R. Meadors. The claimed basis for reconsideration is not sufficient. It is

        ORDERED that the motion for reconsideration is denied.

        DATED: March 24th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge