## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 02-cv-00490-RPM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  March 25, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SEDRICK LATROY McKINNEY, | John D. Phillips, Jr. |
| | William R. Meyer |
| **Plaintiff,** | |
| v. | |
| LEON EGGLESTON, Lieutenant, *et al.*, | Amy L. Padden |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      1:38 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The oral motion to withdraw Plaintiff's Request for Expert Witnesses [filed April 26, 2007; doc. 143] is granted.  The motion (doc. 143) is hereby withdrawn.

**ORDERED:** Plaintiff's Motion to Extend the Discovery Cut-Off Date [filed February 15, 2008; doc. 163] is granted in part and denied in part for the reason stated on the record.  The plaintiff may take the deposition of Paul Laird within the next thirty (30) days.

<u>**FINAL  PRETRIAL CONFERENCE**</u>  is set for **April 14, 2008 at 1:30 p.m.**
Final Pretrial Order is due by the close of business on **April 10, 2008.**  (See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in recess:       2:20 p.m.**
Total time in court:     00:42