IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-00490-RPM

SEDRICK LATROY McKINNEY,

    Plaintiff,

v.

LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's "Motion to Take Videotaped Preservation Depositions and Testimony Via Videoconference at Trial" (*doc. no. 190)* is **GRANTED**. Plaintiff has leave to take videotaped preservation depositions of Drs. Tharp, Ramirez and Olive.

    IT IS FURTHER ORDERED that absent a contrary order from District Judge Matsch, Plaintiff has leave to present the testimony of Antonio L. Scott, Cornell Lorenzo Sanders and Tyrone Redmond via video conference.

**DATED:**    May 21, 2008