# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 02-cv-00490-RPM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 15, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SEDRICK LATROY McKINNEY, | John D. Phillips, Jr. |
| | William R. Meyer |
| **Plaintiff,** | |
| v. | |
| LEON EGGLESTON, Lieutenant, *et al.*, | Amy L. Padden |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY CONFERENCE**
**Court in Session:** 11:38 a.m.
Court calls case. Appearances of counsel.

Counsel discuss the Partially Unopposed Motion to Amend Witness List [filed June 11, 2008; doc. 196] with the court.

**ORDERED:** The Partially Unopposed Motion to Amend Witness List [filed June 11, 2008; doc. 196] is granted for the reasons stated on the record. Plaintiff's Revised Witness List (*doc. 196-2*) is accepted for filing on this date and is deemed incorporated into the Final Pretrial Order. Defendants' counsel may file motions regarding Mr. Hill should they deem that necessary.

HEARING CONCLUDED.
**Court in recess:** 11:52 a.m.
Total time in court: 00:14