IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00490-RPM-CBS

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

PAUL LAIRD, Associate Warden,
LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Pursuant to the trial setting conference convened today, it is

ORDERED that this Court's March 22, 2007, order of reference to Magistrate Judge Craig B. Shaffer is vacated except for conducting settlement conferences.

DATED: July 30th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge