# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00490-RPM-CBS

SEDRICK LATROY MCKINNEY,

        Plaintiff,

v.

LIEUTENANT EGGLESTON,
ASSOCIATE WARDEN LAIRD, and
OFFICER HANSEN,

        Defendants.
_____

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO TAKE DEPOSITION OF RITCHIE HILL
_____

This matter is before the Court on Defendants' Unopposed Motion to Take Deposition of Ritchie Hill. Upon consideration of the motion, it is

ORDERED that the motion is granted.

Dated: July 30th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge