IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-00490-RPM-CBS

SEDRICK LATROY McKINNEY,

        Plaintiff,

v.

PAUL LAIRD, Associate Warden,
LEON EGGLESTON, Lieutenant, and
STEVEN HANSEN, Officer,

        Defendants.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

Upon consideration of Plaintiff's Combined Motion for Reconsideration Pursuant to F.R.Civ.P. 59(e) and F.R.Civ.P. 60(b) [236], filed on April 6, 2009, it is

ORDERED that the motion is denied.

DATED: April 8th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge